ACCEPTED
03-14-00515-CV
8104588
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/4/2015 6:40:24 PM
JEFFREY D. KYLE
CLERK



TIMOTHY A. HOOTMAN

2402 PEASE STREET
HOUSTON, TEXAS 77003
713-247-9548

December 4, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/4/2015 6:40:24 PM
JEFFREY D. KYLE
Clerk

Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, TX 78711-2547

Re:   No. 03-14-00515-CV (3rd Court of Appeals)

*Salvatore Magaraci and Estate Protection Planning Corporation*
*v.*
*Eduardo S. Espinosa in his Capacity as Receiver of Retirement*
*Value, LLC*

Mr. Kyle:

This is in response to your letter dated December 3, 2015, wherein you instruct me to notify the Court if I intend to argue this case before the court on January 27, 2016, at 1:30 p.m. I intend to argue.

Sincerely,

Timothy Hootman

### Certificate of Service

I hereby certify that, I have served the forgoing document upon opposing counsel by electronic service.

Dated: _12-4-15_

Timothy Hootman

Recycled Paper